

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Genan F. Zilkha**
Administrative Law Division
phone: (212) 356-2212
fax: (212) 356-2059
gzilkha@law.nyc.gov

May 6, 2026

BY ECF
Honorable Colleen McMahon
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Best Trails and Travel Corp. v. New York City, et al., 26 Civ. 02944(CM)

Your Honor:

     I am an attorney in the Office of Steven Banks, Corporation Counsel of the City of New York, counsel for Defendants in the above captioned action. In accordance with Section I.D. of the Court's Individual Practices and Procedures, I submit this letter to respectfully request an extension of time to respond to the Complaint (ECF 4). Defendants were served with the Complaint on April 28, 2026. Therefore, our response to the Complaint is due on May 19, 2026.

     Defendants request additional time – until June 18, 2026 – to respond to the Complaint because we anticipate making a motion to dismiss the Complaint. This is Defendants' first request for an extension of time to respond to the Complaint. Plaintiff consents to this request. This requested extension of time does not affect any other scheduled dates.

Respectfully submitted,

Genan F. Zilkha
Assistant Corporation Counsel

CC: All parties via ECF